IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | | |
|---|---|---|
| ROSE RILEY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. CV-2007-001937 |
| NATIONSCREDIT FINANCIAL SERVICES CORPORATION; FAIRBANKS CAPITAL CORPORATION; and Fictitious Defendants A, B and C, whether singular or plural, those other persons, corporations, firms or other entities whose wrongful conduct caused the injuries and damages to the Plaintiff, all of whose true and correct names are unknown to the Plaintiff at this time but will be substituted by amendment when ascertained, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 2:08 CV 132-MHT |
| Defendants. | ) | |

Received 2008 FEB 22 P 2:30, U.S. District Court, Middle District AL

## NOTICE OF FILING NOTICE OF REMOVAL

Please take notice that Defendants NationsCredit Financial Service Corporation and Select Portfolio Servicing, Inc., formerly known as Fairbanks Capital Corporation, pursuant to 28 U.S.C. §§ 1332 and 1441, have on this date filed a Notice of Removal with the Clerk of the United States District Court for the Middle District of Alabama, Northern Division, for the removal of Civil Action No.: CV-2007-001937. A copy of the Notice of Removal is attached hereto.

Respectfully Submitted,

_____
John W. Scott
jscott@scottdukeslaw.com
Kimberly W. Geisler
kgeisler@scottdukeslaw.com

Attorneys for Defendant,
NationsCredit Financial Services Corporation

**OF COUNSEL:**
SCOTT DUKES & GEISLER, P.C.
2100 Third Avenue North
Suite 700
Birmingham, Alabama 35203
Telephone: (205) 251-2300

_____
John David Collins
jcollins@maynardcooper.com

Attorney for Defendant,
Select Portfolio Servicing Company
f/k/a Fairbanks Capital Corporation

**OF COUNSEL:**
Maynard, Cooper & Gale, P.C.
AmSouth/Harbert Plaza
1901 6th Avenue North, Suite 2400
Birmingham, Alabama 35203-2618
Telephone: (205) 254-1000

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon all parties by placing a copy of same in the United States mail, first class postage prepaid and addressed as follows:

        Ms. Rose Riley
        901 Brookland Curve
        Montgomery, Alabama 36117

DONE this the 22nd day of February, 2008.

                                            _____
                                                      Of Counsel