IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSE RILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:08cv132-MHT |
| ) | |
| NATIONSCREDIT FINANCIAL ) | |
| SERVICES CORPORATION; ) | |
| FAIRBANKS CAPITAL ) | |
| CORPORATION; and Fictitious ) | |
| Defendants A, B and C, whether ) | |
| singular or plural, those other ) | |
| persons, corporations, firms or ) | |
| other entities whose wrongful ) | |
| conduct caused the injuries and ) | |
| damages to the Plaintiff, all of ) | |
| whose true and correct names are ) | |
| unknown to the Plaintiff at this time ) | |
| but will be substituted by ) | |
| amendment when ascertained, ) | |
| ) | |
| Defendants.) ) | |

## CORPORATE DISCLOSURE STATEMENT

COMES NOW Select Portfolio Servicing, Inc., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities and their relationship to the party are hereby reported:

Select Portfolio Servicing, Inc., hereby gives notice that it is a wholly owned subsidiary of SPS Holding Corp. Credit Suisse First Boston (USA), Inc. ("CSFB") is the sole shareholder of SPS Holding Corporation. CSFB is the only publically traded company.

01606207.1

/s/ Thomas W. Thagard III
_____
Thomas W. Thagard III
thagard@maynardcooper.com
John David Collins
jcollins@maynardcooper.com

Attorneys for Defendant
Select Portfolio Servicing Company, Inc.
f/k/a Fairbanks Capital Corporation

**OF COUNSEL:**

Maynard, Cooper & Gale, P.C.
Regions/Harbert Plaza
1901 6th Avenue North, Suite 2400
Birmingham, Alabama 35203-2618
Telephone: (205) 254-1000

- 2 -

01606207.1

- 3 -

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Corporate Disclosure Statement has been served upon the following counsel of record to this proceeding by placing a copy of same in the United States Mail, properly addressed and first-class postage prepaid this 22nd day of February 2008.

    Ms. Rose Riley
    901 Brookland Curve
    Montgomery, Alabama 36117

_____
OF COUNSEL

- 3 -

01606207.1