## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

2008 FEB 22  P 2: 29

DE... HACKL.. CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| **ROSE RILEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | 2:08CV132-MHT |
| **NATIONSCREDIT FINANCIAL** | ) | |
| **SERVICES CORPORATION;** | ) | |
| **FAIRBANKS CAPITAL** | ) | |
| **CORPORATION; and Fictitious** | ) | |
| **Defendants A, B and C, whether** | ) | |
| **singular or plural, those other** | ) | |
| **persons, corporations, firms or** | ) | **Removed from the Circuit Court** |
| **other entities whose wrongful** | ) | **of Montgomery, Alabama,** |
| **conduct caused the injuries and** | ) | **Case No. CV-2007-001937** |
| **damages to the Plaintiff, all of** | ) | |
| **whose true and correct names are** | ) | |
| **unknown to the Plaintiff at this** | ) | |
| **time but will be substituted by** | ) | |
| **amendment when ascertained,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### CONFLICT DISCLOSURE STATEMENT

COMES NOW NationsCredit Financial Services Corporation a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐  This party is an individual, or

☐  This party is a governmental entity, or

☐  There are no entities to be reported, or

☑ The following entities and their relationship to the party are hereby reported:

**Reportable Entity**                          **Relationship to Party**

EquiCredit Corporation of America       ParentCorporation of NationsCredit

Bank of America Corporation             Parent Corporation of EquiCredit
                                        Corporation of America

Respectfully Submitted,

*[signature]*

John W. Scott
jscott@scottdukeslaw.com
Kimberly W. Geisler
kgeisler@scottdukeslaw.com

Attorneys for Defendant,
NationsCredit Financial Services
Corporation

**OF COUNSEL:**
SCOTT DUKES & GEISLER, P.C.
2100 Third Avenue North
Suite 700
Birmingham, Alabama 35203
Telephone: (205) 251-2300

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon all parties by placing a copy of same in the United States mail, first class postage prepaid and addressed as follows:

> Ms. Rose Riley
> 901 Brookland Curve
> Montgomery, Alabama 36117
>
> John David Collins, Esq.  (via hand delivery)
> MAYNARD COOPER & GALE, P.C.
> AmSouth/Harbert Plaza
> 1901 Sixth Avenue North
> Birmingham, Alabama 35203-2618

DONE this the 22nd day of February, 2008.

Of Counsel