IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ROSE RILEY,               ) | |
|     Plaintiff,       ) | |
|                            ) | CIVIL ACTION NO. |
|     v.                 ) | 2:08cv132-MHT |
| NATIONSCREDIT FINANCIAL ) SERVICES CORPORATION and ) FAIRBANKS CAPITAL ) CORPORATION, ) | |
|     Defendants.    ) | |

### ORDER

For good cause shown, it is ORDERED that, pursuant to 28 U.S.C.A. § 636, this case is referred to the United States Magistrate Judge for consideration and disposition or recommendation on all pretrial matters as may be appropriate.

DONE, this the 29th day of February, 2008.

                                            /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE