IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSEMARY C. RILEY, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:08CV132-MHT |
| | ) |
| NATIONSCREDIT FINANCIAL SERVICES CORPORATION, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

In January 2008, Nations Credit Financial Services Corporation and Select Portfolio Servicing, Inc., formerly known as Fairbanks Capital Corporation, filed motions to dismiss this case in the Montgomery County Circuit Court. (Doc. Nos. 1-3 & 1-5.) On February 22, 2008, this case was removed by both defendants from the Montgomery County Circuit Court to this court. Upon consideration of the defendants' motions to dismiss which remain pending, it is

ORDERED that on or before March 25, 2008, the plaintiff shall show cause why the motions should not be granted.

Done this 4th day of March, 2008.

                                                /s/Charles S. Coody
                                             CHARLES S. COODY
                                             CHIEF UNITED STATES MAGISTRATE JUDGE