# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| ROSEMARY C. RILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| v. | ) CASE NO: 2:08-cv-00132-MHT-CSC |
| | ) |
| NATIONSCREDIT FINANCIAL SERVICES CORPORATION, ET AL. | ) ) |
| | ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL OF MOTION TO DISMISS FILED BY SELECT PORTFOLIO SERVICING, INC.

Defendant Select Portfolio Servicing, Inc. ("SPS"), by and through its undersigned counsel, hereby withdraws its previously filed motion to dismiss due to insufficient service of process. SPS is filing an Answer to Plaintiff's Complaint contemporaneously herewith. SPS does not waive and specifically preserves the right to assert any and all affirmative defenses, including its defense of failure to state a claim upon which relief can be granted.

/s/ John David Collins
Thomas W. Thagard III
John David Collins

Attorneys for Defendant
Select Portfolio Servicing, Inc.

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
2400 Regions/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone: 205-254-1000
Facsimile: 205-254-1999

01615941.1

## CERTIFICATE OF SERVICE

      I hereby certify that on March 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **John W. Scott and Kimberly W. Geisler.** Furthermore, I hereby certify that I have mailed by United States Postal Service, first-class postage prepaid, the foregoing to the following non-CM/ECF participant:

Rosemary C. Riley, Pro Se
901 Brookland Curve
Montgomery, Alabama 36117
(334) 273-9119

                                                    /s/ John David Collins
                                                    OF COUNSEL