IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ROSEMARY C. RILEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) |
| v. | ) CASE NO: 2:08-cv-00132-MHT-CSC |
| | ) |
| **NATIONSCREDIT FINANCIAL SERVICES** | ) |
| **CORPORATION, ET AL.** | ) |
| | ) |
| **Defendant.** | ) |

## MOTION TO REASSIGN CASE

Defendant Select Portfolio Servicing, Inc. ("SPS") hereby moves this Court for an Order reassigning this case to Magistrate Judge Susan Russ Walker. In support of this Motion, Defendant states the following:

1. This is the third lawsuit filed by Plaintiff alleging errors and inaccuracies in connection with the origination and/or servicing of her very same home mortgage loan on which she has not made a mortgage payment in over 5 years.

2. Plaintiff's second lawsuit, styled *Rosemary C. Riley v. Fairbanks Capital Corp.*, United States District Court for the Middle District of Alabama, CV-04-797-A ("*Riley II*"), was assigned to the Honorable Magistrate Judge Susan Russ Walker for all pre-trial matters.

3. After the completion of discovery (including depositions and document production), SPS filed a motion for summary judgment as to all claims asserted against it in *Riley II* and Ms. Riley responded. On January 10, 2006, Judge Walker considered all the evidence (or lack thereof) and entered a Report and Recommendation that SPS's motion for summary judgment be granted in all respects. Plaintiff filed an objection to the Report and

01615445.1

Recommendation and her objection was considered and overruled by District Judge W. Keith Watkins. *Riley II* was dismissed as a matter of law with prejudice on February 9, 2006.

4. On April 11, 2006, Plaintiff filed a notice of appeal to the Eleventh Circuit. The Eleventh Circuit did not consider the merits of the claims presented in *Riley II*, instead ruling that the District Court lacked original jurisdiction over the case because plaintiff had "abandoned" her federal claims during the early states of the litigation. The Eleventh Circuit's decision did not analyze whether jurisdiction existed under 28 U.S.C. § 1332.

5. The Eleventh Circuit ordered the Middle District to dismiss Ms. Riley's without prejudice, and she later refiled the instant action in Montgomery County Circuit Court. Ms. Riley also added NationsCredit Financial Services Corporation as a defendant in her latest lawsuit.

6. After filing, Ms. Riley provided defendants with documents evidencing the value of her claims in excess of $75,000, and defendants timely removed on diversity grounds within thirty days of their receipt of these documents.

7. The instant lawsuit raises the same claims considered and addressed by Magistrate Walker in *Riley II*. The interests of judicial economy will be served by reassigning this case to the judge who has previously presided over these very issues and is familiar with the factual assertions and legal theories advanced by the parties. *See General Motors Corp. v. Buha*, 623 F.2d 455 (6th Cir. 1980) (finding no abuse of discretion in judge's decision that judicial economy would be served by assigning a case that was "provable by substantially the same evidence" as an earlier one).

8.      Defendant NationsCredit Financial Services Corporation consents to reassignment and agrees that the requested reassignment will serve the interests of judicial economy.

9.      Accordingly, reassignment of the present case before Magistrate Judge Walker would result in maximum efficiency and judicial economy.

WHEREFORE, Defendant Select Portfolio Servicing, Inc. ("SPS") respectfully moves this Court to grant its motion and reassign this case to the Honorable Magistrate Judge Susan Russ Walker.

/s/ John David Collins
Thomas W. Thagard III
John David Collins

Attorneys for Defendant
Select Portfolio Servicing, Inc.

**OF COUNSEL:**

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone: 205-254-1000
Facsimile: 205-254-1999

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **John W. Scott and Kimberly W. Geisler.** Furthermore, I hereby certify that I have mailed by United States Postal Service, first-class postage prepaid, the foregoing to the following non-CM/ECF participant:

Rosemary C. Riley, Pro Se
901 Brookland Curve
Montgomery, Alabama 36117
(334) 273-9119

      /s/ John David Collins
      OF COUNSEL