IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ROSE RILEY, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>NATIONSCREDIT FINANCIAL )<br>SERVICES CORPORATION and )<br>FAIRBANKS CAPITAL )<br>CORPORATION, )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:08cv132-MHT |

ORDER

It is ORDERED that the motion to reassign case (Doc. No. 9) is denied.

DONE, this the 17th day of March, 2008.

                                      /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**