IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ROSE RILEY,                      )
                                 )
    Plaintiff,                   )
                                 )
                                 )   CIVIL ACTION NO.
    v.                           )     2:08cv132-MHT
                                 )
NATIONSCREDIT FINANCIAL          )
SERVICES CORPORATION and         )
FAIRBANKS CAPITAL                )
CORPORATION,                     )
                                 )
    Defendants.                  )
```

ORDER

It is ORDERED as follows:

(1) Defendant Select Portfolio Servicing, Inc. f/k/a Fairbanks Capital Corporation's notice of withdrawal (Doc. No. 7) is treated as a motion to withdraw and said motion is granted.

(2) Defendant Select Portfolio Servicing, Inc. f/k/a Fairbanks Capital Corporation's motion to dismiss (Doc. No. 1-5) is withdrawn.

It is further ORDERED that this cause is referred back to the magistrate judge for further appropriate proceedings.

DONE, this the 17th day of March, 2008.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**