IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2008 MAR 18 P 2: 04

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ROSEMARY C. RILEY )
)
Plaintiff, )
)
v. ) CASE NO: 2:08-cv-00132-MHT-CSC
)
NATIONSCREDIT FINANCIAL SERVICES )
CORPORTION, FAIRBANKS CAPITAL )
CORPORATION, et al. )
Defendants. )

### PLAINTIFF'S OBJECTION TO "ORDER" BY
### JUDGE CHARLES S. COODY DATED MARCH 4TH, 2008

**COMES NOW, Plaintiff ROSEMARY C. RILEY states as follows:**

1. Plaintiff has paid to exercise the right to sue and to deliver State claims against Defendants under the Civil Rights and Constitutional laws of the United States of America.

2. Plaintiff did complete the State Court form to prosecute State claims against Defendants. Plaintiff did not file in Federal Court.

3. The Defendants and their Attorneys, are consistent in the case of pattern and practice noncompliance, when the Plaintiff did not receive written notice in timely manner as required by law. (see exhibit P-1)

4. The workings of the Court and the opportunity to utilize the rules of Court has been stripped and denied Plaintiff when the Defendants moved the case from State to Federal Court without the Plaintiff's consent.

5. The Plaintiff believes the Attorneys engaged in fraud and did not have the authority to move the case from State to Federal Court. (see exhibit P-2)

6. The Defendants use "Name Appropriation" at their convenience to commit conspiracy and fraud against the Plaintiff. They used the name "NATIONSCREDIT" during a Mediation Agreement with the Plaintiff falsely documenting they no longer owned the Plaintiff's mortgage. This further explains why the Plaintiff was required to continue making payments to "NationsCredit" P.O. Box without the corrections stipulated by the Agreement.

7. Defendants used the name " FAIRBANKS" when they admitted to the Attorney General's Office that they misapplied the Plaintiff's mortgage payments; falsely reported Plaintiff's Information to all the Credit Bureau's; and began illegal Foreclosure procedures on the Plaintiff's current account. To further add damages to the Plaintiff, after being notified, Defendants made the Corrections an entire year later causing the Plaintiff emotional and financial hardships.

8. The Defendants backtracked using the name "NATIONSCREDIT" on December 11th, 2008 when they illegally foreclosed on the Plaintiff's home, which is consistent with their Predatory Lending Practices and Privileges for personal gain. (see exhibits P-3 & P-4)

9. The Defendants "formally known as..." changed names after paying a 40 Million Dollar Settlement with Similarly Situated Plaintiff's however, they can not change the history of their Predatory Lending Practices. (see USA v. Fairbanks Capital Corp. CV No. 03-12219-DPW)

10. The Defendants are in violation of Judicial Process, the Case Action Summary speaks for itself. Who paid for this case to be tried in the Federal & State Courts on the same day of March 4, 2008? (see exhibit P-5)

11. The Honorable District Judge Charles S. Coody's Orders and Judicial Actions on March 4, 2008 are in violation of the Law and Judicial Article of the United States Constitution. Judge Coody lacked binding and enforceable jurisdiction. Judicial Proceedings in Error occurred with one case appearing in two Courts on the same date. Both The Circuit Court's of Montgomery County, Alabama's Order dated March 4, 2008 and Judge Coody's Federal order also dated March 4, 2008. (see exhibit P-6)

**WHEREFORE PREMISES CONSIDERED,** the Plaintiff seeks equal benefit of the rules of the Court, fair, neutral and equal judicial instructions.

_____, Pro se, Plaintiff
Rosemary C. Riley, 901 Brookland Curve, Montgomery, Alabama 36117 (334) 273-9119

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on the below named attorney/parties by placing a copy in the U.S. Mail, properly addressed, proper first class postage prepaid this ___18___th day of ___March___, 2008.

Attorney John David Collins
Maynard, Cooper & Gale, P.C.
2400 AmSouth/Harbert Plaza; 1901 Sixth Avenue North
Birmingham, Alabama 35203-2618 (205) 254-1000

Attorney Kimberly Geisler
Scott Dukes & Geisler, P.C.
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203 (205) 251-2300

By: /s/ Rosemary C. Riley
Rosemary C. Riley, Pro Se
901 Brookland Curve
Montgomery, Alabama 36117 **(334)273-9119**

LAW OFFICES
# SCOTT DUKES & GEISLER, P.C.

2100 THIRD AVENUE NORTH
SUITE 700
BIRMINGHAM, ALABAMA 35203

TELEPHONE (205) 251-2300
FACSIMILE (205) 251-6773
WWW.SCOTTDUKESLAW.COM

KIMBERLY W. GEISLER

WRITER'S DIRECT DIAL: 205-244-2505
E-MAIL ADDRESS: KGEISLER@SCOTTDUKESLAW.COM

February 22, 2008

Ms. Rose C. Riley
901 Brookland Curve
Montgomery, Alabama 36117

    Re:   *Rose Riley v. Nationscredit, et al.*
          **Circuit Court of Montgomery County, Alabama**
          **Civil Action No.: CV-2007-1937**

Dear Ms. Riley:

    Defendants have removed the above-referenced matter to federal court. As such, the hearing in state court scheduled for Monday is canceled.

                                    Regards,

                                    Kimberly W. Geisler

KWG/dm/42964.1

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | | |
|---|---|---|
| ROSE RILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | CV-2007-001937 |
| NATIONSCREDIT FINANCIAL SERVICES CORPORATION; FAIRBANKS CAPITAL CORPORATION; and Fictitious Defendants A, B and C, whether singular or plural, those other persons, corporations, firms or other entities whose wrongful conduct caused the injuries and damages to the Plaintiff, all of whose true and correct names are unknown to the Plaintiff at this time but will be substituted by amendment when ascertained, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

FILED CIRCUIT COURT OF MONTGOMERY COUNTY 2008 FEB 22 PM 2:47

### NOTICE OF FILING NOTICE OF REMOVAL

Please take notice that Defendants NationsCredit Financial Service Corporation and Select Portfolio Servicing, Inc., formerly known as Fairbanks Capital Corporation, pursuant to 28 U.S.C. §§ 1332 and 1441, have on this date filed a Notice of Removal with the Clerk of the United States District Court for the Middle District of Alabama, Northern Division, for the removal of Civil Action No.: CV-2007-001937. A copy of the Notice of Removal is attached hereto.

Respectfully Submitted,

*[signature: Kimberly Geisler]*

John W. Scott
jscott@scottdukeslaw.com
Kimberly W. Geisler
kgeisler@scottdukeslaw.com

Attorneys for Defendant,
NationsCredit Financial Services Corporation

**OF COUNSEL:**
SCOTT DUKES & GEISLER, P.C.
2100 Third Avenue North
Suite 700
Birmingham, Alabama 35203
Telephone: (205) 251-2300

*[signature]*

John David Collins
jcollins@maynardcooper.com

Attorney for Defendant,
Select Portfolio Servicing Company
f/k/a Fairbanks Capital Corporation

**OF COUNSEL:**
Maynard, Cooper & Gale, P.C.
AmSouth/Harbert Plaza
1901 6th Avenue North, Suite 2400
Birmingham, Alabama 35203-2618
Telephone: (205) 254-1000

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing upon all parties by placing a copy of same in the United States mail, first class postage prepaid and addressed as follows:

        Ms. Rose Riley
        901 Brookland Curve
        Montgomery, Alabama 36117

DONE this the 22 day of February, 2008.

                                                  *[signature]*
                                                  Of Counsel

| | |
|---|---|
| **PUBLICATION DATES:** | November 15, 2007, November 22, 2007 and November 29, 2007 |
| **NEWSPAPER:** | The Montgomery Advertiser |

<u>MORTGAGE FORECLOSURE SALE</u>

Default having been made in the payment of the indebtedness secured by that certain mortgage executed by Rose C. Riley, an unmarried woman, to NationsCredit Financial Services Corporation of Alabama, on the 20th day of October, 1999, said mortgage recorded in the Office of the Judge of Probate of Montgomery County, Alabama, in Rlpy 2047 Page 0999; the undersigned NationsCredit Financial Services Corporation, as Mortgagee/Transferee, under and by virtue of the power of sale contained in said mortgage, will sell at public outcry to the highest bidder for cash, in front of the main entrance of the Courthouse at Montgomery County, Alabama, on December 11, 2007, during the legal hours of sale, all of its right, title, and interest in and to the following described real estate, situated in Montgomery County, Alabama, to-wit:

> Lot 11, Block E, according to the Map of Dexter Ridge, Plat No. 5, as said Map appears of record in the Office of the Judge of Probate of Montgomery County, Alabama, in Plat Book 43, at Page 158.

THIS PROPERTY WILL BE SOLD ON AN "AS IS, WHERE IS" BASIS, SUBJECT TO ANY EASEMENTS, ENCUMBRANCES, AND EXCEPTIONS REFLECTED IN THE MORTGAGE AND THOSE CONTAINED IN THE RECORDS OF THE OFFICE OF THE JUDGE OF PROBATE OF THE COUNTY WHERE THE ABOVE-DESCRIBED PROPERTY IS SITUATED. THIS PROPERTY WILL BE SOLD WITHOUT WARRANTY OR RECOURSE, EXPRESSED OR IMPLIED AS TO TITLE, USE AND/OR ENJOYMENT AND WILL BE SOLD SUBJECT TO THE RIGHT OF REDEMPTION OF ALL PARTIES ENTITLED THERETO.

This sale is made for the purpose of paying the indebtedness secured by said mortgage, as well as the expenses of foreclosure.

The Mortgagee/Transferee reserves the right to bid for and purchase the real estate and to credit its purchase price against the expenses of sale and the indebtedness secured by the real estate.

This sale is subject to postponement or cancellation; contact Cynthia W. Williams at the phone number shown below prior to attendance at sale.

NationsCredit Financial Services Corporation, Mortgagee/Transferee

# SIROTE & PERMUTT
A PROFESSIONAL CORPORATION

CYNTHIA W. WILLIAMS
ATTORNEY AT LAW
(205) 918-5061
cindywilliams@sirote.com

December 17, 2007

Rose C. Riley
901 Brookland Curve
Montgomery, AL 36117

Re:   Our Client: Select Portfolio Servicing
      Loan No. 7002274657
      Property Address: 901 Brookland Curve, Montgomery, AL 36117

Dear Ms. Riley:

Thank you for your recent letter. I have forwarded the letter to Select Portfolio Servicing for their review.

Once Select Portfolio Servicing is able to provide me the necessary information, I will respond to your letter. Additionally, we have canceled our sale scheduled for January 8, 2008. In the meantime, please do not hesitate to contact our office should you need anything additional.

This communication is from a debt collector

Sincerely,

Cynthia W. Williams
FOR THE FIRM

CWW/ml

DOCSBHM\1531344\1\

LAW OFFICES AND MEDIATION CENTERS
2311 HIGHLAND AVENUE SOUTH   BIRMINGHAM, ALABAMA 35205
POST OFFICE BOX 55727   BIRMINGHAM, ALABAMA 35255-5727
TELEPHONE | 205.930.5100   FAX | 205.930.5101   URL | http://www.sirote.com

Birmingham | Huntsville | Mobile

# U.S. District Court
## Alabama Middle District (Montgomery)
### CIVIL DOCKET FOR CASE #: 2:08-cv-00132-MHT-CSC
### Internal Use Only

| | |
|---|---|
| Riley v. Nationscredit Financial Services Corporation et al(MAG+) | Date Filed: 02/22/2008 |
| Assigned to: Honorable Myron H. Thompson | Jury Demand: Plaintiff |
| Referred to: Honorable Charles S. Coody | Nature of Suit: 190 Contract: Other |
| Case in other court: Circuit Court of Montgomery County, CV-07-001937 | Jurisdiction: Diversity |
| Cause: 28:1332 Diversity-Breach of Contract | |

**Plaintiff**

**Rosemary C. Riley**     represented by   **Rosemary C. Riley**
901 Brookland Curve
Montgomery, AL 36117
334-273-9119
*PRO SE*

V.

**Defendant**

**Nationscredit Financial Services Corporation**     represented by   **John Winston Scott**
Scott Dukes & Geisler PC
2100 Third Avenue North, Ste 700
Birmingham, AL 35203
205- 251-2300
Fax: 205-251-6773
Email: jscott@scottdukeslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kimberly Wood Geisler**
Scott Dukes & Geisler PC
2100 Third Avenue North, Ste 700
Birmingham, AL 35203
205- 251-2300
Fax: 205-251-6773
Email: kgeisler@scottdukeslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Fairbanks Capital Corporation**     represented by **John David Collins**
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203-2618
205-254-1000
Fax: 254-1999
Email: jcollins@mcglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Werth Thagard, III**
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North, Suite 2400
Birmingham, AL 35203-2618
205-254-1000
Fax: 205-254-1999
Email: tthagard@mcglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**
**Fairbanks Capital Corporation**     represented by **John David Collins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Werth Thagard, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**
**Rosemary C. Riley**     represented by **Rosemary C. Riley**
(See above for address)
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 02/22/2008 | 1 | NOTICE OF REMOVAL by Nationscredit Financial Services Corporation, Fairbanks Capital Corporation from Circuit Court of Montgomery County, Alabama, case number Cv-2007-001937. (Filing fee |

| | | |
|---|---|---|
| | | $350.00 receipt number 4602003993)(Attachments: #(1) Complaint; #(2) Motion to Dismiss filed by NationsCredit Financial Services Corporation; #(3) Memorandum of Law in Support of NationsCredit's Motion to Dismiss; #(4) Motion to Dismiss filed by Select Portfolio Servicing, Inc. fka Fairbanks Capital Corp.; #(5) Exhibit A; #(6) Exhibit B; #(7) Exhibit C; #(8) Exhibit D; #(9) Filing Fee Receipt) (dmn) (Entered: 02/25/2008) |
| 02/22/2008 | | COMPLAINT against Nationscredit Financial Services Corporation, Fairbanks Capital Corporation, filed by Rosemary C. Riley. (dmn) (This document has no pdf attached, see Doc. 1 for pdf.) (Entered: 02/25/2008) |
| 02/22/2008 | | DEMAND for Trial by Jury by Rosemary C. Riley. (dmn) (This document has no pdf attached, see Doc. 1 for pdf.) (Entered: 02/25/2008) |
| 02/22/2008 | | MOTION to Dismiss by Nationscredit Financial Services Corporation. (dmn) (This document has no pdf attached, see Doc. 1 for pdf.) (Entered: 02/25/2008) |
| 02/22/2008 | | BRIEF/MEMORANDUM in Support re MOTION to Dismiss filed by Nationscredit Financial Services Corporation. (dmn) (This document has no pdf attached, see Doc. 1 for pdf.) (Entered: 02/25/2008) |
| 02/22/2008 | | MOTION to Dismiss by Select Portfolio Servicing, Inc. fka Fairbanks Capital Corporation. (dmn) (This document has no pdf attached, see Doc. 1 for pdf.) (Entered: 02/25/2008) |
| 02/22/2008 | 2 | NOTICE by Nationscredit Financial Services Corporation, and Fairbanks Capital Corporation of Filing 1 Notice of Removal. (dmn) (Entered: 02/25/2008) |
| 02/22/2008 | 3 | Corporate/Conflict Disclosure Statement by Select Portfolio Servicing, Inc. fka Fairbanks Capital Corporation. (dmn) (Entered: 02/25/2008) |
| 02/22/2008 | 4 | Corporate/Conflict Disclosure Statement by Nationscredit Financial Services Corporation. (dmn) (Entered: 02/25/2008) |
| 02/29/2008 | 5 | ORDER REFERRING CASE to Magistrate Judge Charles S. Coody for action or recommendation on all pretrial matters. Signed by Judge Myron H. Thompson on 2/29/2008. (dmn) (Entered: 02/29/2008) |
| 02/29/2008 | | MOTIONS REFERRED: 1 MOTION to Dismiss filed by Nationscredit Financial Services Corporation, and 1 MOTION to Dismiss filed by Select Portfolio Servicing, Inc. fka Fairbanks Capital Corporation referred to Judge Charles S. Coody. (dmn) (Entered: 03/03/2008) |
| 03/04/2008 | 6 | ORDER directing the plaintiff TO SHOW CAUSE as to why the Motion to Dismiss filed by Fairbanks Capital Corporation, and Motion to Dismiss filed by Nationscredit Financial Services Corporation (Doc. Nos. 1-3 & 1-5) should not be granted. Show Cause Response due by 3/25/2008. Signed by Judge Charles S. Coody on 3/4/2008. (dmn) (Entered: 03/04/2008) |

| 03/14/2008 | 7 | NOTICE by Fairbanks Capital Corporation *of Withdrawal of Motion to Dismiss* (Collins, John) (Entered: 03/14/2008) |
|---|---|---|
| 03/14/2008 | 8 | ANSWER to Complaint, COUNTERCLAIM against Rosemary C. Riley by Fairbanks Capital Corporation.(Collins, John) (Entered: 03/14/2008) |
| 03/14/2008 | 9 | MOTION to Reassign Case by Fairbanks Capital Corporation. (Collins, John) (Entered: 03/14/2008) |
| 03/14/2008 | | 7 MOTION to Withdraw MOTION to Dismiss by Fairbanks Capital Corporation. (dmn) (This document has no pdf attached, see Doc. 7 for pdf.) (Entered: 03/17/2008) |
| 03/17/2008 | 10 | ORDER denying 9 Motion to Reassign Case. Signed by Judge Myron H. Thompson on 3/17/2008. (dmn) (Entered: 03/17/2008) |
| 03/17/2008 | 11 | ORDER: (1) Defendant Select Portfolio Servicing, Inc. f/k/a Fairbanks Capital Corporation's 7 Notice of Withdrawal is treated as a Motion to withdraw and said motion is granted. (2) Defendant Select Portfolio Servicing, Inc. f/k/a Fairbanks Capital Corporation's Motion to Dismiss (Doc. No. 1-5) is withdrawn. It is further ORDERED that this cause is referred back to the magistrate judge for further proceedings. Signed by Judge Myron H. Thompson on 3/17/2008. (dmn) (Entered: 03/17/2008) |

EXHIBIT P-5

```
AVSO351                                                    CV 2007 001937.00

                                           JUDGE: CHARLES PRICE
------------------------------------------------------------------------
                       ALABAMA JUDICIAL DATA CENTER
                           CASE ACTION SUMMARY
                              CIRCUIT CIVIL
------------------------------------------------------------------------
  IN THE CIRCUIT COURT OF MONTGOMERY      COUNTY

  ROSE C RILEY VS NATIONSCREDIT FINANCIAL SERVICES CORP ET AL
  FILED: 12/11/2007 TYPE: BAD FAITH/FRAUD/MISR TYPE TRIAL: JURY    TRACK:
*************************************************************************
DATE1:             CA:   RMVL FED COURT    CA DATE:  02/22/2008
DATE2: 02/25/2008  AMT:             $.00   PAYMENT:
DATE3:
*************************************************************************
  PLAINTIFF  001: RILEY ROSE C
                  901 BROOKLAND CURVE        ATTORNEY: *** PRO SE ***
                  MONTGOMERY, AL  36117-0000
                  PHONE: (334)000-0000
  ENTERED: 12/11/2007 ISSUED:              TYPE:
  SERVED:             ANSWERED:            JUDGEMENT: 02/22/2008
------------------------------------------------------------------------
  DEFENDANT  001: NATIONSCREDIT FINANCIAL SERVICES CORPORATION OF AL
                  CYNTHIA WILLIAMS, REG AGT   ATTORNEY: SCOTT JOHN W
                  2311 HIGHLAND AVE SOUTH     SCO028    2100 THIRD AVENUE NORTH
                  BIRMINGHAM, AL  35203-0000            SUITE 700
                  PHONE: (334)000-0000                  BIRMINGHAM, AL  35203
  ENTERED: 12/11/2007 ISSUED: 12/12/2007 TYPE:    SHERIFF  (205)251-2300
  SERVED:  01/31/2008 ANSWERED: 02/07/2008 JUDGEMENT: 02/22/2008
------------------------------------------------------------------------
  DEFENDANT  002: FAIRBANKS CAPITAL CORPORATION C/O JOHN D COLLINS
                  2400 AMSOUTH/HARBERT PLAZ   ATTORNEY: COLLINS JOHN DAVID
                  1901 SIXTH AVE NORTH        COL119    MAYNARD COOPER GALE
                  BIRMINGHAM, AL  35205-2618            1901 6TH AVE N STE 2400
                  PHONE: (334)000-0000                  BIRMINGHAM, AL  35203
  ENTERED: 12/11/2007 ISSUED: 12/12/2007 TYPE:    SHERIFF  (205)254-1104
  SERVED:  12/20/2007 ANSWERED:            JUDGEMENT: 02/22/2008
------------------------------------------------------------------------

  12/12/2007    FILED THIS DATE: 12/11/2007                    (AV01)
  12/12/2007    CASE SCANNED STATUS SET TO: N                  (AV01)
  12/12/2007    JURY TRIAL REQUESTED                           (AV01)
  12/12/2007    ASSIGNED TO JUDGE: CHARLES PRICE               (AV01)
  12/12/2007    CASE ASSIGNED STATUS OF: ACTIVE                (AV01)
  12/12/2007    ORIGIN: INITIAL FILING                         (AV01)
  12/12/2007    RILEY ROSE C ADDED AS C001                     (AV02)
  12/12/2007    LISTED AS ATTORNEY FOR C001: PRO SE            (AV02)
  12/12/2007    NATIONSCREDIT FINANCIAL SERVICES CORPORATION OF AL
  12/12/2007    LISTED AS ATTORNEY FOR D001: PRO SE            (AV02)
  12/12/2007    SHERIFF ISSUED: 12/12/2007 TO D001             (AV02)
  12/12/2007    FAIRBANKS CAPITAL CORPORATION C/O JOHN D COLLINS
  12/12/2007    SHERIFF ISSUED: 12/12/2007 TO D002             (AV02)
  12/12/2007    LISTED AS ATTORNEY FOR D002: PRO SE            (AV02)
------------------------------------------------------------------------
JAM  03/14/2008                                       CV 2007 001937.00
```

```
AVSO351                                                      CV 2007 001937.00

                                              JUDGE: CHARLES PRICE
-------------------------------------------------------------------------------
                        ALABAMA JUDICIAL DATA CENTER
                            CASE ACTION SUMMARY
                               CIRCUIT CIVIL
-------------------------------------------------------------------------------
  IN THE CIRCUIT   COURT OF MONTGOMERY       COUNTY

  ROSE C RILEY VS NATIONSCREDIT FINANCIAL SERVICES CORP ET AL
  FILED:  12/11/2007 TYPE: BAD FAITH/FRAUD/MISR TYPE TRIAL: JURY      TRACK:
*******************************************************************************
 DATE1:                CA:    RMVL FED COURT  CA DATE:   02/22/2008
 DATE2:  02/25/2008 AMT:            $.00 PAYMENT:
 DATE3:
*******************************************************************************
     01/08/2008    SERVICE OF AUTHORIZED ON 12/20/2007 FOR D002(AV02)
     01/08/2008    SERVICE RETURN - TRANSMITTAL
     01/17/2008    D001-MOTN TO DIS. PURS. TO RULE 12(B) FILED.
     01/17/2008    MOTION - TRANSMITTAL
     01/17/2008    D001-MOTN TO DIS. PURS. TO RULE 12(B) /DOCKETED
     01/17/2008    NOTICE OF DISCOVERY E-FILED.
     01/17/2008    DISCOVERY - TRANSMITTAL
     01/17/2008    LISTED AS ATTORNEY FOR D001: SCOTT JOHN W   (AV02)
     01/22/2008    D002-MOTN TO DIS. PURS. TO RULE 12(B) FILED.
     01/22/2008    MOTION - TRANSMITTAL
     01/22/2008    D002-MOTN TO DIS. PURS. TO RULE 12(B) /DOCKETED
     01/22/2008    LISTED AS ATTORNEY FOR D002: COLLINS JOHN DAVID
     01/28/2008    D002-MOTN TO DIS. PURS. TO RULE 12(B) /SET FOR 02/
     01/28/2008    D001-MOTN TO DIS. PURS. TO RULE 12(B) /SET FOR 02/
     01/28/2008    SET FOR HEARING - TRANSMITTAL
     01/28/2008    SET FOR HEARING - TRANSMITTAL
     01/29/2008    SET FOR: MOTION DISMISS ON 02/25/2008 AT 0830A
     02/07/2008    ANSWER OF OTHER ON 02/07/2008 FOR D001      (AV02)
     02/07/2008    ... CYNTHIA WILLIAMS IS NOT AGENT FOR D001
     02/14/2008    PLTFS RESP TO NATIONSCREDIT FINANCIAL SERVICES
     02/14/2008    ... CORP ("NATIONSCREDIT") FIRST INTERROGS AND
     02/14/2008    ... REQS FOR PROD OF DOCS TO PLTF
     02/14/2008    SERVICE RETURN - TRANSMITTAL
     02/14/2008    SERVICE OF AUTHORIZED ON 01/31/2008 FOR D001(AV02)
     02/14/2008    PLTFS FIRST SET OF INTERROGS AND REQ FOR PROD TO
     02/14/2008    ... TO DEFTS NATIONS CREDIT FINANCIAL SERVICES
     02/14/2008    ... CORP AND FAIRBANKS CAPITAL CORP
-------------------------------------------------------------------------------
 JAM   03/14/2008                                            CV 2007 001937.00
```

```
-----------------------------------------------------------------------
| AVSO351                                       CV 2007 001937.00     |
|                                          JUDGE: CHARLES PRICE       |
| --------------------------------------------------------------------|
|                    ALABAMA JUDICIAL DATA CENTER                     |
|                       CASE ACTION SUMMARY                           |
|                         CIRCUIT CIVIL                               |
| --------------------------------------------------------------------|
| IN THE CIRCUIT  COURT OF MONTGOMERY     COUNTY                      |
| ROSE C RILEY VS NATIONSCREDIT FINANCIAL SERVICES CORP ET AL         |
| FILED: 12/11/2007 TYPE: BAD FAITH/FRAUD/MISR TYPE TRIAL: JURY  TRACK:|
| ********************************************************************|
| DATE1:             CA:  RMVL FED COURT  CA DATE:  02/22/2008        |
| DATE2: 02/25/2008  AMT:           $.00  PAYMENT:                    |
| DATE3:                                                              |
| ********************************************************************|
|   02/22/2008    DFTS NOTICE OF FILING NOTICE OF REMOVAL             |
|   02/25/2008    CASE ASSIGNED STATUS OF: DISPOSED         (AV01)    |
|   02/25/2008    DISPOSED ON: 02/22/2008 BY (RMVL FED COURT) (AV01)  |
|   02/25/2008    COURT ACTION JUDGE: CHARLES PRICE         (AV01)    |
|   02/25/2008    C001 DISPOSED BY (RMVL FED COURT) ON 02/22/2008     |
|   02/25/2008    D001 DISPOSED BY (RMVL FED COURT) ON 02/22/2008     |
|   02/25/2008    D002 DISPOSED BY (RMVL FED COURT) ON 02/22/2008     |
|   03/04/2008    ORDER GENERATED FOR MOTN TO DIS. PURS. TO RULE 12(  |
|   03/04/2008    ORDER - TRANSMITTAL                                 |
|   03/04/2008    ORDER GENERATED FOR MOTN TO DIS. PURS. TO RULE 12(  |
|   03/04/2008    ORDER - TRANSMITTAL                                 |
|   03/04/2008    ORDER D002 MO TO DISMISS MOOT.  CASE HAS BEEN       |
|   03/04/2008    ....REMOVED TO FEDERAL CT.                          |
|   03/04/2008    ORDER D001 MO TO DISMISS MOOT.  CASE HAS BEEN       |
|   03/04/2008    ....REMOVED TO FEDERAL CT.                          |
|                                                                     |
| JAM  03/14/2008                                CV 2007 001937.00    |
-----------------------------------------------------------------------
```