IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSEMARY C. RILEY, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:08CV132-MHT |
| | ) |
| NATIONSCREDIT FINANCIAL | ) |
| SERVICES CORPORATION, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

ORDER

The undersigned Magistrate Judge was randomly assigned to this case; however, he also acted as the mediator in *Riley v. Fairbanks Capital Corporation*, 2:04-cv-00797-WKW (M.D. Ala.), a case involving the same facts and in which the second amended complaint raises claims which appear to be identical to the claims raised in this case. Accordingly, it is

ORDERED that the Clerk of the Court reassign this case to another Magistrate Judge on a random basis.

Done this 19th day of March, 2008.

                                                  /s/Charles S. Coody
                                                CHARLES S. COODY
                                                CHIEF UNITED STATES MAGISTRATE JUDGE