IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSEMARY C. RILEY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08cv132-MHT |
| | ) |
| NATIONS CREDIT FINANCIAL | ) |
| SERVICES CORPORATION, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

In January 2008, Nations Credit Financial Services Corporation filed a Motion to Dismiss this case in the Montgomery County Circuit Court. (Doc. #1-3). On 22 February 2008, this case was removed by defendants from the Montgomery County Circuit Court to this Court. On 4 March 2008, the Honorable Charles S. Coody, Chief Magistrate Judge, ordered Plaintiff to show cause as to why the motion to dismiss should not be granted. (Doc. #6). Rather than respond to the motion to dismiss her case, Plaintiff objected to Judge Coody's order and reasserted her claims against Defendants. (Doc. #12).

On 19 March 2008, Judge Coody ordered that this case be reassigned due to his acting as a mediator in *Riley v. Fairbanks Corporation*, 2:04-cv-797-WKW (M.D.Ala.), a case involving the same facts and in which the second amended complaint raises claims which appear to be identical to the claims raised in this case. On the same date, Defendant's motion to dismiss was referred to the undersigned for disposition. Accordingly, it is

ORDERED that Plaintiff shall, **on or before 23 April 2008**, show cause why the motion to dismiss should not be granted.

DONE this 9th day of April, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE