IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSE C. RILEY, PRO SE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:08-cv-132-MHT-WC |
| NATIONSCREDIT FINANCIAL ) | |
| SERVICES CORPORATION; ) | |
| FAIRBANKS CAPITAL ) | |
| CORPORATION;, ) | |
| ) | |
| Defendants. ) | |

**SUPPLEMENT TO MOTION TO DISMISS**

Defendant NationsCredit Financial Services Corporation ("NationsCredit") filed a Motion to Dismiss in the Circuit Court of Montgomery County, Alabama. Certain arguments raised in Defendant's Motion were based on the Alabama Rules of Civil Procedure. On February 22, 2008, Defendants removed this action from the Circuit Court of Montgomery County to this Court. As the Alabama Rules are patterned after the Federal Rules of Civil Procedure and Alabama courts consider federal case law in interpreting the Alabama Rules,[1] and federal case law and authorities were cited in the Motion, the arguments in Defendant's Motion to Dismiss

---

[1] *Cutler v. Orkin Exterminating Co., Inc.*, 770 So.2d 67, 70 n.2 (Ala. 2000) ("Because the Alabama Rules of Civil Procedure were patterned after the Federal Rules of Civil Procedure, cases construing the federal rules are considered authority in construing the Alabama rules.").

remain valid and dispositive of Plaintiff's claims under the corresponding Rules 9, 12(b)(5), and 12(b)(6) of the Federal Rules of Civil Procedure.

                    Respectfully submitted,

                    /s/Kimberly W. Geisler
                    John W. Scott
                    Kimberly W. Geisler
                    Attorneys for Defendant
                    NationsCredit Financial
                    Services Corporation

**OF COUNSEL:**
SCOTT DUKES & GEISLER, P.C.
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203
Telephone: (205) 251-2300
Telecopier: (205) 251-6773

## CERTIFICATE OF SERVICE

    I hereby certify that I served a copy of the foregoing by U.S. Mail, addressed as follows:

Ms. Rose C. Riley
901 Brookland Curve
Montgomery, Alabama 36117

John David Collins, Esq.
Maynard Cooper & Gale, P.C.
AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618

DONE this the 11th day of April, 2008

                                                /s/Kimberly W. Geisler
                                                       Of Counsel

43359.1