IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSEMARY C. RILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08cv132-MHT |
| | ) |
| NATIONS CREDIT FINANCIAL | ) |
| SERVICES CORPORATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On 9 April 2008, Plaintiff was ordered to show cause why this Court should not grant Defendant's Motion to Dismiss (Doc. #1). Plaintiff's response was due 23 April 2008. As of 28 April 2008, Plaintiff has failed to comply with this Court's Order. Accordingly, it is

ORDERED that Plaintiff shall, in writing, **on or before 5 May 2008,** show cause as to why this Court should not grant the Motion to Dismiss (Doc. #1). If Plaintiff fails to comply with this Court's Order, the Court will recommend her case be dismissed for want of prosecution and failure to comply with the orders of the Court.

DONE this 28th day of April, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE