IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSEMARY C. RILEY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08CV132-MHT |
| | ) |
| NATIONSCREDIT FINANCIAL | ) |
| SERVICES CORPORATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

*2008 APR 28 P 4: 33*

*DEBRA P. HACKETT, CLK*
*U.S. DISTRICT COURT*
*MIDDLE DISTRICT ALA.*

## MOTION FOR STAY OF PROCEEDINGS PENDING STATE ACTION

1. Your Plaintiff filed a complaint against the Defendants and has paid to file documents to comply with instructions of THE CIRCUIT COURT OF MONTGOMERY COUNTY. A stay of proceedings is necessary and proper.
2. The Defendants had no authority to move the case without the Plaintiff's permission and the Plaintiff seeks equal protection under the rules and law of Civil Procedure.

*/s/ Rosemary C. Riley*

Rosemary C. Riley, 901 Brookland Curve, Montgomery, Alabama 36117 (334) 273-9119

## CERTIFICATE OF SERVICE

I hereby Certify that a copy of the above and foregoing has been served on the below named Attorneys/Parties by placing a copy in the U.S. Mail properly addressed this __28__ th day of April 2008.

1. Attorney John David Collins
   Maynard, Cooper, & Gale, P.C,
   2400 AmSouth/Harbert Plaza;
   1901 Sixth Ave. North
   Birmingham, Alabama 35203

2. Attorney Kimberly Geisler
   Scott, Dukes, & Geisler, P.C.
   2100 Third Avenue North;
   Suite 700
   Birmingham, Alabama 35203

*/s/ Rosemary C. Riley*
Rosemary C. Riley
901 Brookland Curve
Montgomery, Alabama 36117
(334) 273-9119