IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSEMARY C. RILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO: 2:08-cv-00132-MHT-CSC |
| | ) |
| NATIONSCREDIT FINANCIAL SERVICES CORPORATION, et al. | ) |
| | ) |
| Defendant. | ) |

**SELECT PORTFOLIO SERVICING, INC.'S
MOTION FOR SUMMARY JUDGMENT**

Defendant/Counterclaim Plaintiff Select Portfolio Servicing, Inc. ("SPS") hereby moves this Court, pursuant to the provisions of Rule 56 of the Federal Rules of Civil Procedure, for summary judgment as to all claims asserted against it by Plaintiff. SPS also seeks summary judgment as to its counterclaim for declaratory judgment. In support of this motion, SPS relies upon the pleadings, its Brief in Support of Motion for Summary Judgment, and its Evidentiary Submission, filed contemporaneously herewith.

/s John David Collins
Thomas W. Thagard III
John David Collins
Josh B. Baker

Attorneys for Defendant
Select Portfolio Servicing, Inc.

**OF COUNSEL:**

MAYNARD, COOPER & GALE, P.C.
2400 Regions/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone: 205-254-1000
Facsimile: 205-254-1999

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 16th day of May, 2008 a copy of the above and foregoing Motion for Summary Judgment was placed in the United States mail, postage prepaid, affixed hereto, and served upon the following non-participant in CM/EFC system:

Rosemary C. Riley, Pro Se
901 Brookland Curve
Montgomery, Alabama 36117
(334) 273-9119

John W Scott
Kimberly W. Geisler
SCOTT DUKES & GEISLER PC
2100 Third Avenue North, Suite 700
Birmingham, AL 35203

                                                s/ John David Collins
                                                OF COUNSEL