IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSEMARY C. RILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08cv132-MHT |
| | ) |
| NATIONS CREDIT FINANCIAL | ) |
| SERVICES CORPORATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On 16 May 2008, Defendant filed a Motion for Summary Judgment (Doc. #20) and brief in support (Doc. #19). Accordingly, it is

ORDERED that Plaintiff shall, in writing, **on or before 11 June 2008,** show cause as to why this Court should not grant the Motion for Summary Judgment. The Court notes that Plaintiff has failed to comply with previous orders directing her to respond to Defendant's Motions to Dismiss and therefore **further warns Plaintiff** that failure to respond to the Motion for Summary Judgment may result in the Court taking the factual allegations in the Motion for Summary Judgment as true.

DONE this 21st day of May, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE