IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ROSEMARY C. RILEY,         ) | |
| ) | |
| Plaintiff,         ) | |
| ) | CIVIL ACTION NO. |
| v.         ) | 2:08cv132-MHT |
| ) | (WO) |
| FAIRBANKS CAPITAL         ) | |
| CORPORATION,         ) | |
| ) | |
| Defendant.         ) | |

OPINION

This lawsuit is now before the court on the motion for summary judgment filed by defendant Fairbanks Capital Corporation (now known as Select Portfolio Servicing, Inc.) on plaintiff Rosemary C. Riley's state-law claims for breach of contract, negligence, fraud, and unjust enrichment. For the reasons stated by Magistrate Judge Susan Russ Walker in her report and recommendation in Riley v. Fairbanks Capital Corp., civil action no. 2:04cv797-WKW, 2006 WL 317242 (M.D. Ala. Jan. 10, 2006), adopted, Riley v. Fairbanks Capital Corp., 2006 WL 317242

(M.D. Ala. Feb. 9, 2006), <u>vacated and remanded on other grounds</u>, <u>Riley v. Fairbanks Capital Corp.</u>, 222 Fed. Appx. 897 (11th Cir. 2007), summary judgment should be granted on these state-law claims.  Fairbanks Capital's counterclaim is still pending.

    An appropriate judgment will be entered.

    DONE, this the 26th day of August, 2008.


                            <u>/s/ Myron H. Thompson</u>
                           **UNITED STATES DISTRICT JUDGE**