IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ROSEMARY C. RILEY,            )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )     2:08cv132-MHT
                              )         (WO)
FAIRBANKS CAPITAL             )
CORPORATION,                  )
                              )
    Defendant.                )
```

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion for summary judgment (Doc. No. 20), filed by defendant Fairbanks Capital Corporation (now known as Select Portfolio Servicing, Inc.) is granted as to plaintiff Rosemary C. Riley's state-law claims.

(2) Judgment is entered in favor of defendant Fairbanks Capital Corporation (now known as

Select Portfolio Servicing, Inc.) and against plaintiff Riley on her state-law claims, with plaintiff Riley taking nothing as to these claims.

(3) The counterclaim filed by defendant Fairbanks Capital Corporation (now known as Select Portfolio Servicing, Inc.) is still pending.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 26th day of August, 2008.

    /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE