IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ROSEMARY C. RILEY,             )
                               )
     Plaintiff,                )
                               )      CIVIL ACTION NO.
     v.                        )        2:08cv132-MHT
                               )             (WO)
NATIONSCREDIT FINANCIAL        )
SERVICES CORPORATION and       )
FAIRBANKS CAPITAL              )
CORPORATION,                   )
                               )
     Defendants.               )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. No. 25) is adopted as to plaintiff Rosemary C. Riley's claims against defendant NationsCredit Financial Services Corporation.

(2) Plaintiff Riley's claims against defendant NationsCredit Financial Services Corporation are dismissed without prejudice.

(3) The United States Magistrate Judge's recommendation (Doc. No. 25) is rejected as moot as to plaintiff Riley's claims against defendant Fairbanks Capital Corporation (now known as Select Portfolio Servicing, Inc.).

(4) The United States Magistrate Judge's recommendation (Doc. No. 25) is rejected as to the counterclaim filed by defendant Fairbanks Capital Corporation (now known as Select Portfolio Servicing, Inc.) against plaintiff Riley.

(5) The counterclaim filed by defendant Fairbanks Capital Corporation (now known as Select Portfolio Servicing, Inc.) against plaintiff Riley remains and is referred back to the magistrate judge for further proceedings.  The

issue of whether defendant Fairbanks Capital Corporation (now known as Select Portfolio Servicing, Inc.) is entitled to summary judgment on its counterclaims is pending.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 26th day of August, 2008.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**