IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


ROSEMARY C. RILEY,            )
                              )
    Plaintiff,                )
                              )      CIVIL ACTION NO.
    v.                        )       2:08cv132-MHT
                              )          (WO)
FAIRBANKS CAPITAL            )
CORPORATION,                  )
                              )
    Defendant.                )

JUDGMENT

Pursuant to the notice of voluntary dismissal of counterclaim (Doc. No. 34), it is the ORDER, JUDGMENT, and DECREE of the court that the counterclaim filed by defendant Fairbanks Capital Corporation (now known as Select Portfolio Servicing, Inc.) against plaintiff Rosemary C. Riley, which is the only remaining claim in this litigation, is dismissed without prejudice, with costs taxed as paid.  This case is now over and can be closed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 10th day of September, 2008.


　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE